# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149023

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

HARMONY MONTESSORI CENTER,
       Petitioner-Appellee,

v

CITY OF OAK PARK,
       Respondent-Appellant.

SC: 149023
COA: 312856
Michigan Tax Tribunal:
      00-370214

_____/

On order of the Court, the application for leave to appeal the February 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



t0721

                        Clerk